IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-235-RJC-DCK

| | |
|---|---|
| Q.E.D. ENVIRONMENTAL SYSTEMS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** |
| PUMPONE ENVIRONMENTAL, LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Craig N. Killen, concerning Christopher K. Larus on June 13, 2018. Mr. Christopher K. Larus seeks to appear as counsel *pro hac vice* for Plaintiff, Q.E.D. Environmental Systems, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Mr. Christopher K. Larus is hereby admitted *pro hac vice* to represent Plaintiff, Q.E.D. Environmental Systems, Inc.

**SO ORDERED**.

Signed: June 13, 2018

_____
David C. Keesler
United States Magistrate Judge